No. 10-564. Coyote Publishing, Inc., dba High Desert Advocate, et al., Petitioners v. Catherine Cortez Masto, Attorney General of Nevada.

562 U.S. 1217, 131 S. Ct. 1556, 179 L. Ed. 2d 301, 2011 U.S. LEXIS 1345.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 598 F.3d 592.

No. 10-566. McCreary County, Kentucky, et al., Petitioners v. American Civil Liberties Union of Kentucky, et al.

562 U.S. 1217, 131 S. Ct. 1474, 179 L. Ed. 2d 301, 2011 U.S. LEXIS 1328.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 607 F.3d 439.

No. 10-572. Republic of Argentina, et al., Petitioners v. EM Ltd., et al.

562 U.S. 1217, 131 S. Ct. 1474, 179 L. Ed. 2d 301, 2011 U.S. LEXIS 1452.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 389 Fed. Appx. 38.

No. 10-594. William Allen, Petitioner v. United States.

562 U.S. 1217, 131 S. Ct. 1475, 179 L. Ed. 2d 301, 2011 U.S. LEXIS 1491.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 605 F.3d 461.

No. 10-605. Home Builders Association of Northern California, et al., Petitioners v. United States Fish and Wildlife Service, et al.

562 U.S. 1217, 131 S. Ct. 1475, 179 L. Ed. 2d 301, 2011 U.S. LEXIS 1392.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 616 F.3d 983.

No. 10-653. PSKS, Inc., dba Kay's Kloset . . . Kay's Shoes, Petitioner v. Leegin Creative Leather Products, Inc.

562 U.S. 1217, 131 S. Ct. 1476, 179 L. Ed. 2d 301, 2011 U.S. LEXIS 1479.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 615 F.3d 412.

No. 10-665. Donald Brown, Petitioner v. Kansas City Freightliner Sales, Inc., dba Joplin Freightliner Sales, et al.

562 U.S. 1217, 131 S. Ct. 1476, 179 L. Ed. 2d 301, 2011 U.S. LEXIS 1492.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 617 F.3d 995.